**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
*SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

**PATUNAS TARANTINO LLC**
24 Commerce Street, Suite 606
Newark, NJ 17102
(201) 390-0803
*Attorneys for Defendants Teva*
*Pharmaceuticals USA, Inc., and Teva*
*Pharmaceutical Industries Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL INDIRECT PURCHASER AND ANTITRUST CONSUMER LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | Civil Action No. 12-5120<br>(Document Electronically Filed)<br><br>Honorable William H. Walls, U.S.D.J.<br><br>**NOTICE OF MOTION**<br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that on March 7, 2016, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for defendants GlaxoSmithKline LLC, Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd., shall move before the Honorable William H. Walls, U.S.D.J., United States District Court for the District of New Jersey, for an Order granting Defendants' motion for judgment on the pleadings under Federal Rules of Civil Procedure 12(c) and 12(h)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, Defendants shall rely upon: (1) Their Memorandum In Support of Its Motion for Judgment on

-2-

the Pleadings Under Fed. R. Civ. P. 12(c) and 12(h)(2); and (2) the Declaration of Douglas S. Eakeley and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: December 28, 2015

Respectfully submitted,

/s/ Michael E. Patunas
Michael E. Patunas
Mayra V. Tarantino
**PATUNAS TARANTINO LLC**
24 Commerce Street, Suite 606
Newark, NJ 17102
(201) 390-0803

Jay P. Lefkowitz, P.C. (pro hac vice)
Devora W. Allon (pro hac vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

Karen N. Walker, P.C. (pro hac vice)
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd.*

/s/ Douglas S. Eakeley
Douglas S. Eakeley
Joseph A. Fischetti
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

Barbara W. Mather (pro hac vice)
Robin P. Sumner (pro hac vice)
Melissa J. Hatch O'Donnell
**PEPPER HAMILTON LLP**
(A Pennsylvania Limited Liability Partnership)
3000 Two Logan Square
Eighteenth and Arch Streets,
Philadelphia, PA 19103-2799
609.981.4000

*Attorneys for Defendant GlaxoSmithKline LLC*