FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL INDIRECT PURCHASER AND ANTITRUST CONSUMER LITIGATION | **ORDER** |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | Civ. No. 12-5120 (WHW)(CLW) |

**Walls, Senior District Judge**

This matter having come before the Court on Defendants GlaxoSmithKline, Teva Pharmaceutical Industries Ltd., and Teva Pharmaceuticals USA, Inc.'s joint motion for judgment on the pleadings, ECF No. 84, it is hereby ORDERED that Defendants' motion is granted in part. The Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Causes of Action asserted in the amended complaint, ECF No. 38, are dismissed without prejudice;

It is further ORDERED that the Tenth Cause of Action survives in respect to plaintiffs' claims arising under New York law only;

And it is further ORDERED that Plaintiffs may seek leave to amend within 90 days of the date of this order.

DATE: 22 March 2016

William H. Walls
Senior United States District Court Judge