Michael J. DeBenedictis, Esq. (MD8048)
**DEBENEDICTIS & DEBENEDICTIS LLC**
20 Brace Road, Suite 350
Cherry Hill, NJ 08034
Telephone: (856) 795-2101
mjd@debenedictislaw.com

*Liaison Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL INDIRECT PURCHASER AND ANTITRUST CONSUMER LITIGATION | : No. 2:12-cv-05120-WHW-CLW<br>:<br>: **NOTICE OF MOTION FOR PARTIAL**<br>: **RECONSIDERATION**<br>: |
| This Document Relates to: | :<br>: |
| **ALL INDIRECT PURCHASER ACTIONS** | :<br>: |

TO:     All counsel


**COUNSEL:**

PLEASE TAKE NOTICE that, pursuant to L. Civ. R. 7.1(i), Counsel for all plaintiffs

shall move before the United States District Court for the District of New Jersey, on May 2nd,

2016, or such a time and date as determined by this Court , or as soon thereafter as counsel may

be heard, for an Order vacating this Court's prior Order and related Opinion filed on March 22nd

and March 23rd, 2016, respectively (Docket Entry No. 94 & No. 95), with respect to Counts IV,

VIII, and IX, together with all further and different relief as the Court deems just and proper.

In support thereof, the moving plaintiff shall rely upon all prior pleadings, filings, and proceedings had herein, the accompanying Memorandum of Law, supplemental and/or reply filings and submissions, if any, as may be filed on behalf of the moving plaintiff, and such oral argument of counsel as may be heard by the Court.

**DeBenedictis & DeBenedictis LLC**
Attorney for Plaintiffs


By: s/ Michael DeBenedictis
     Michael J. DeBenedictis, Esquire


Dated: April 5, 2016