NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL INDIRECT PURCHASER AND ANTITRUST CONSUMER LITIGATION | **ORDER** |
| | Civ. No. 12-5120 (WHW)(CLW) |
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LIGATION | Civ. No. 12-995 (WHW)(CLW) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**Walls, Senior District Judge**

This matter having come before the Court on Defendants' request, with objection from Plaintiffs, for a stay of proceedings in the above-referenced matters pending the Supreme Court's final ruling on the petition for writ of certiorari in the related case *Smithkline Beecham Corp. v. King Drug Co. of Florence*, No. 15-1055 (2016), *see* Civ. No. 12-5120, ECF No. 107;

It is hereby ORDERED that Defendants' request is denied;

And it is further ORDERED that the Parties shall inform this Court of the Supreme Court's final ruling on the petition for certiorari in *SmithKline Beecham Corp.*, No. 15-1055.

DATE: 6 July 2016

William H. Walls
Senior United States District Court Judge