# DeBenedictis & DeBenedictis LLC

**MICHAEL J. DEBENEDICTIS †‡**
**NICHOLAS J. DEBENEDICTIS \***

† Member of the NJ Bar
‡ Member of the NY Bar
† Member of the PA Bar
\* Deceased

Counsellors at Law

20 Brace Road; Suite 35; Cherry Hill, NJ 08034
Tel: (856) 795 – 2101
E-Mail: mjd@debenedictislaw.com
www.debenedictislaw.com

July 14th, 2016

VIA ECF
**Honorable William H. Walls, U.S.D.J.**
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **RE:** Execution of Memorandum of Understanding to Settle
      In Re: Lamictal Indirect Purchaser & Antitrust Consumer Litigation
      *Civil Action No.: 2:12-cv-5120*

Dear Judge Walls:

  This firm, together with co-counsel, serves as Counsel for the Indirect Purchaser Plaintiffs in the above captioned matter. On behalf of the litigants therein, I write to alert the Court that the parties have voluntarily entered into a Memorandum of Understanding to settle the litigation. Pursuant thereto, we will advise the Court if, and when, a final settlement has been consummated.

  Thank you again for your continued attention to this matter.

           Respectfully submitted,

           s/ Michael J. DeBenedictis
           Michael J. DeBenedictis, Esq.

           *Liaison Counsel for*
           *Indirect Purchaser Plaintiffs*

MJD/md

  Cc:  Counsel for Defendants (via electronic filing)