UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL INDIRECT PURCHASER ANTITRUST CONSUMER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL INDIRECT PURCHASER ACTIONS | No. 2:12-cv-05120-WHW-CLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the Indirect Purchaser Actions shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: October 27, 2016

*For Plaintiffs Carolyn McAnaney; the International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund; and the International Brotherhood of Electrical Workers Local 595, Health and Welfare Fund:*

/s/ Michael J. DeBenedictis
**DEBENEDICTIS & DEBENEDICTIS LLC**
Michael J. DeBenedictis
125 Kings Highway West
Haddonfield, NJ 08033
Tel. (856) 795-2101

**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**
Christopher M. Burke
Walter W. Noss
707 Broadway, Ste. 1000
San Diego, CA 92101
Tel. (619) 233-4565

*For Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals Industries Ltd.:*

/s/ Michael E. Patunas
**PATUNAS LAW LLC**
Michael E. Patunas
24 Commerce Street, Suite 606
Newark, NJ 07102
Tel. (973) 396-8740

**KIRKLAND & ELLIS LLP**
Karen N. Walker
Devora W. Allon
655 Fifteenth Street, N.W.
Washington D.C. 20005
Tel. (212) 446-4800

-2-

| | |
|---|---|
| - and – | *For Defendant GlaxoSmithKline LLC*: |
| Joseph P. Guglielmo<br>Donald A. Broggi<br>The Chrysler Building<br>405 Lexington Ave., 40th Floor<br>New York, NY 10174<br>Tel. (212) 223-6444 | /s/ Douglas S. Eakeley<br>**LOWENSTEIN SANDLER LLC**<br>Douglas S. Eakeley<br>Joseph A. Fischetti<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Tel. (973) 597-2348 |
| **TUSA P.C.**<br>Joseph S. Tusa<br>joseph.tusapc@gmail.com<br>P.O. Box 566<br>53345 Main Road, Ste. 10-1<br>Southold, NY 11971<br>Tel. (631) 407-5100 | **PEPPER HAMILTON LLP**<br>Barbara W. Mather<br>Robin Sumner<br>Lindsay Breedlove<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103 |
| **SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**<br>Todd M. Schneider<br>Jason H. Kim<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94109<br>Tel. (415) 421-7100<br>Facsimile: (415) 421-7105 | |
| - and – | |
| Garrett W. Wotkyns<br>8501 North Scottsdale Road, Ste. 270<br>Scottsdale, AZ 85253<br>Tel. (480) 428-0144 | |
| **LEONARD CARDER LLP**<br>Aaron Kaufmann<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>Tel. (510) 272-0169 | |