UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL INDIRECT PURCHASER ANTITRUST CONSUMER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL INDIRECT PURCHASER ACTIONS | No. 2:12-cv-05120-WHW-CLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the Indirect Purchaser Actions shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: October 27, 2016

*For Plaintiffs Carolyn McAnaney; the International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund; and the International Brotherhood of Electrical Workers Local 595, Health and Welfare Fund:*

/s/ Michael J. DeBenedictis
**DEBENEDICTIS & DEBENEDICTIS LLC**
Michael J. DeBenedictis
125 Kings Highway West
Haddonfield, NJ 08033
Tel. (856) 795-2101

**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**
Christopher M. Burke
Walter W. Noss
707 Broadway, Ste. 1000
San Diego, CA 92101
Tel. (619) 233-4565

*For Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals Industries Ltd.:*

/s/ Michael E. Patunas
**PATUNAS LAW LLC**
Michael E. Patunas
24 Commerce Street, Suite 606
Newark, NJ 07102
Tel. (973) 396-8740

**KIRKLAND & ELLIS LLP**
Karen N. Walker
Devora W. Allon
655 Fifteenth Street, N.W.
Washington D.C. 20005
Tel. (212) 446-4800

– and –

Joseph P. Guglielmo
Donald A. Broggi
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
Tel. (212) 223-6444

**TUSA P.C.**
Joseph S. Tusa
joseph.tusapc@gmail.com
P.O. Box 566
53345 Main Road, Ste. 10-1
Southold, NY 11971
Tel. (631) 407-5100

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
Todd M. Schneider
Jason H. Kim
180 Montgomery Street, Suite 2000
San Francisco, CA 94109
Tel. (415) 421-7100
Facsimile: (415) 421-7105

– and –

Garrett W. Wotkyns
8501 North Scottsdale Road, Ste. 270
Scottsdale, AZ 85253
Tel. (480) 428-0144

**LEONARD CARDER LLP**
Aaron Kaufmann
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel. (510) 272-0169

*For Defendant GlaxoSmithKline LLC*:

/s/ Douglas S. Eakeley
**LOWENSTEIN SANDLER LLC**
Douglas S. Eakeley
Joseph A. Fischetti
65 Livingston Avenue
Roseland, NJ 07068
Tel. (973) 597-2348

**PEPPER HAMILTON LLP**
Barbara W. Mather
Robin Sumner
Lindsay Breedlove
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

**IT IS SO ORDERED:**
S/ William H. Walls, USDJ
_____
U.S.D.J.